# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**DESMOND AGBONDINMWIN**,
an Individual,

Plaintiff,

CIVIL ACTION NO. 4:21-cv-03101

v.

**THE CSI COMPANIES, INC.**,

Defendant.                                    **JURY DEMANDED**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates that all claims asserted against Defendant in this lawsuit be dismissed without prejudice.

Dated: July 22, 2021.                    Respectfully submitted,

*s/J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Robert E. Morelli, III (TN BPR#037004)
**JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that this Stipulation of Dismissal was filed electronically on this the 22nd day of July, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing system.

*s/ J. Russ Bryant*